## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| TODD COMPTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:17-cv-00759-CRS-DW |
| | ) |
| MUTUAL OF OMAHA, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

The parties announce to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that this entire case be dismissed, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Respectfully submitted this 13th day of June, 2018.

| | |
|---|---|
| s/Robert A. Florio, w/perm. to CSH | **BAKER, DONELSON, BEARMAN,** |
| **Robert A. Florio, Esq.** | **CALDWELL & BERKOWITZ, PC** |
| 1500 Story Avenue | |
| Louisville, Kentucky  40206 | By:   s/Cameron S. Hill |
| (502) 587-0228 | Cameron S. Hill, Tenn. #017408 |
| raflorioatty@hotmail.com | Admitted *pro hac vice* |
| *Counsel for Plaintiff* | 633 Chestnut Street, Suite 1900 |
| | Chattanooga, TN  37402 |
| | (423) 756-2010 |
| | (423) 752-9545 (fax) |
| | chill@bakerdonelson.com |